## UNITED STATES DISTRICT COURT

for

### EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

U.S.A. vs. Kwasi K. Griffin                               Docket No. 5:12-MJ-2066-1

### Petition for Action on Probation

     COMES NOW Nikki Allen, probation officer of the court, presenting a petition for modification of the Judgment of Kwasi K. Griffin, who, upon an earlier plea of guilty to 18 U.S.C. § 13, assimilating N.C.G.S 20-138.1, Driving While Impaired - Level 5, was sentenced by the Honorable William A. Webb, U.S. Magistrate Judge, on November 5, 2013, to a 12-month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall perform 24 hours of community service during the first 30 days of probation as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

2. The defendant shall obtain a substance abuse assessment from an appropriate mental health facility within thirty (30) days from the date of this judgment and complete any prescribed treatment program. The defendant must pay the assessment fee and any added treatment fees that may be charged by the facility.

3. It is further ordered that the defendant shall participate in any other Alcohol/Drug Rehabilitation and Education program as directed by the U.S. Probation Office.

4. The defendant shall not operate a motor vehicle on the highways of the State of North Carolina until privilege to do so is restored in accordance with law.

    **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On December 7, 2013, the defendant was arrested for Driving Under the Influence by the Prince William County Police Department. According to the police report, a preliminary breath test resulted in a reading of .156% blood alcohol content. The defendant did not inform the probation officer of this arrest until February 21, 2014. On February 27, 2014, the defendant pled guilty to Driving Under the Influence in Prince William County, Virginia. As a sanction for this conduct, we recommend that conditions be modified to include 30 days home detention. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**Griffin, Kwasi**
**Page 2**

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 30 consecutive days. The defendant shall be restricted to residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the probation officer.

   Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert K. Britt | /s/ Nikki Allen |
| Robert K. Britt | Nikki Allen |
| Senior U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301 |
| | Phone: (910) 483-8613 |
| | Executed On: March 3, 2014 |

**ORDER OF COURT**

Considered and ordered this  5th  day of   March   , 2014, and ordered filed and made a part of the records in the above case.

_____
William A. Webb
U.S. Magistrate Judge